OPINIONS OF THE SUPREME COURT OF OHIO
**** SUBJECT TO FURTHER EDITING ****

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Hamblin, Appellant.
[Cite as State v. Hamblin (1994),        Ohio St. 3d        .]
Appellate procedure -- Application for reopening appeal from
    judgment and conviction based on claim of ineffective
    assistance of appellate counsel -- Application denied when
    no colorable claim of ineffective assistance of appellate
    counsel stated.
    (No. 94-1818--Submitted November 29, 1994 -- Decided
December 23, 1994.)
    Appeal from the Court of Appeals for Cuyahoga County, No.
49975.
    Appellant, David Hamblin, was convicted of aggravated murder with death penalty specifications, aggravated robbery, attempted murder, and having a weapon under disability. He was sentenced to death on the aggravated murder conviction and to periods of incarceration on the other convictions. The court of appeals affirmed the convictions and sentences. We affirmed. State v. Hamblin (1988), 37 Ohio St. 3d 153, 524 N.E. 2d 476. He subsequently filed a motion for delayed reconsideration in the court of appeals pursuant to State v. Murnahan (1992), 63 Ohio St. 3d 60, 584 N.E. 2d 1204, alleging ineffective assistance of appellate counsel for failure to raise twenty-three propositions of law on direct appeal. The court of appeals examined the claims and denied the motion, holding that some failed to state a colorable claim of ineffective assistance of appellate counsel and others had been raised and were therefore res judicata. Appellant appeals from the denial of this motion, again raising the twenty-three issues and also arguing that it is inappropriate to apply the doctrine of res judicata in a Murnahan case.

    Stephanie Tubbs Jones, Cuyahoga County Prosecuting Attorney, and Diane Smilanick, Assistant Prosecuting Attorney, for appellee.
    David H. Bodiker, Ohio Public Defender, and Kathleen A.

McGarry,
Assistant State Public Defender, for appellant.

Per Curiam.  The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

Judgment affirmed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.